UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STARNEATRICE KIRKSEY,
o/b/o S.C.W.,

        Plaintiff,        Case No. 12-cv-14194
                                    HON. GERSHWIN A. DRAIN

v.

COMMISSIONER OF
SOCIAL SECURITY,
        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#17], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [#16], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [#14], AND DISMISSING ACTION**

On September 20, 2012, Plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge David R. Grand, who issued a report and recommendation on July 02, 2013. The magistrate judge recommended that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted because substantial evidence exists in the record supporting the Administrative Law Judge's decision denying childhood disability benefits. No objections have been filed to the report and recommendation. The Court has reviewed the report and recommendation, and in the absence of any timely objection,

The Court hereby adopts Magistrate Judge Grand's July 02, 2013 report and recommendation in its entirety. Plaintiff's Motion for Summary Judgment [#14] is DENIED. Defendant's Motion for Summary Judgment [#16] is GRANTED. Plaintiff's complaint is hereby DISMISSED.

SO ORDERED.

Dated: July 23, 2013

                                          /s/ Gershwin A. Drain
                                        GERSHWIN A. DRAIN
                                        UNITED STATES DISTRICT JUDGE